AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

Filed

Clerk, U. S. District Court
Western District of Texas

10-15-14

By

Deputy

| United States of America | ) | |
| v. | ) | |
| DARRYL BLEDSOE | ) | Case No.  SA: 14-MJ-1019 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 15, 2014 _____ in the county of _____ Bexar _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC, 841(a)(1), & 841(b)(1)(C) | Possession with Intent to Distribute a Detectable Quantity  of Cocaine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent CHRISTOPHER A. CRAIGO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/15/2014 _____

*Judge's signature*

City and state: _____ SAN ANTONIO, TEXAS _____

PAMELA A. MATHY, U.S. Magistrate Judge
*Printed name and title*

up to 20 years imprisonment;
maximum $1,000,000 fine;
At least 3 years supervised release; and
a $100 mandatory special assessment

ATTACHMENT "A"

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

CHRISTOPHER A. CRAIGO, BEING DULY SWORN, DEPOSES AND SAYS:

I am a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the San Antonio District Office.  In addition to the basic law enforcement training I have also received advanced training regarding the controlled substance laws of the State of Texas and the United States.  I have in the past been the affiant on affidavits in support of arrest warrants and complaints in federal courts.

On October 15, 2014, TFO Gerald Coker was traveling northbound on Loop 410 in an unmarked unit (Police package Chevy Tahoe). While TFO Coker was approaching State Highway 151, TFO Coker observed a white flatbed tow truck bearing Texas license plate CPY6871 carrying a gold Oldsmobile Alero bearing Texas license plate DB5R406 begin to exit State Highway 151. TFO Coker observed the driver of the vehicle, Reginald KELLY, notice TFO Coker behind KELLY through the driver side mirror. The listed vehicle then made an abrupt lane change to stay onto northbound Loop 410 without signaling a lane change. TFO Coker began to follow the listed vehicle and run the registration. The vehicle then exited Marbach Road and traveled through a neighborhood. After going through the neighborhood, the listed vehicle got onto State Highway 151 eastbound. This activity appeared unusual

1

and TFO Coker believed the listed vehicle was trying to lose TFO Coker through the neighborhood.

The listed vehicle continued to travel eastbound on State Highway 151 to US Highway 90 east. Once getting onto US Highway 90 east, San Antonio Police Officer Nick Stromboe observed the listed vehicle at US Highway 90 and Cupples Road. TFO Coker notified Officer Stromboe of the traffic violation that TFO Coker witnessed and the behavior of the driver. Officer Stromboe was utilizing a marked San Antonio Police patrol unit and pulled up behind the listed vehicle and activated his emergency lights. The listed vehicle exited the Nogalitos exit. The listed vehicle stopped at Nogalitos and Taft Street.

Officer Stromboe made contact with the driver, KELLY, and noticed that KELLY seemed nervous. KELLY would not keep eye contact with Officer Stromboe and kept moving around the cab of the vehicle. Officer Stromboe also observed the passenger of the vehicle, Darryl BLEDSOE, moving around the cab. Officer Stromboe walked back to marked unit and requested additional marked units to make his location. While Officer Stromboe was in his marked patrol unit, he observed BLEDSOE duck down in the seat and then BLEDSOE appeared to be pushing himself up in his seat. Due to Officer Stromboe's training and experience, Officer Stromboe believed that KELLY or BLEDSOE may have been trying to conceal something. Officer Stromboe exited his marked unit and walked up

2

to the passenger side of the vehicle. At this time, BLEDSOE had the passenger door opened and his hand in his crotch area trying to hold something in an apparent effort to run. Officer Stromboe ordered to BLEDSOE to get down on the ground and drew his service weapon. Once BLEDSOE was on the ground, Officer Stromboe verbally ordered KELLY out of the vehicle through the passenger door. KELLY and BLEDSOE complied with all verbal orders given by Officer Stromboe.

Upon searching BLEDSOE for weapons, Officer Stromboe observed a large bulge in the front crotch area of BLEDSOE's pants. The bulge in the crotch area was a large square object wrapped in green cellphone with the number "500" written on it in black marker. TFO Bryan Smith arrived on scene and used a knife to cut into the object and observed a white powdery substance alleged to be cocaine. TFO Smith conducted a field

test on the alleged cocaine and it tested positive for cocaine. The total gross weight was 517.9 grams.

Affiant further sayeth not.

_____
87A CHRISTOPHER A. CRAIGO, DEA

Subscribed and sworn to on this the 15th day of October 2014

_____
PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE

4